**Petition for Reinstatement from Inactive Status.**

**No. 96 DB 2004.**

Supreme Court of Pennsylvania.

Sept. 20, 2005.

### ORDER

PER CURIAM:

AND NOW, this 20th day of September, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated July 26 2005, the Petition for Reinstatement from Inactive Status is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**John V. BUFFINGTON, Respondent.**

**No. 1050 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 20, 2005.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of September, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 22, 2005, it is hereby

ORDERED that JOHN V. BUFFINGTON be and he is suspended from the Bar of this Commonwealth for a period of six months, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph Peter GUARRASI, Respondent.**

**No. 934 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 20, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of September, 2005, there having been filed with this Court by Joseph Peter Guarrasi his verified Statement of Resignation dated July 14, 2005, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Joseph Peter Guarrasi be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Re-

spondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.